Related DDJ

#2 submission

**FULL NAME:** Gueorgui H Pantchev

**COMMITTED NAME (if different):**

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** Metropolitan Detention Center
Los Angeles, CA 90053

**PRISON NUMBER (if applicable):** 26769 509

FILED
CLERK, U.S. DISTRICT COURT
FEB 28 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER **CV22-1404-CJC (JC)**
*To be supplied by the Clerk*

_____, PLAINTIFF,

v.

_____, DEFENDANT(S).

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

M 2-14-2022   Valentine's Day   Request # 174

to Pro Se Clerk   May your Valentine's Day be even less happier than mine

Case # 21-50-JFW   **New Petition**

q.v. USPS tracking # 7010 2780 0003 3019 4119 ®
R 8-26-2021          7010 2780 0003 3019 4034
Office of the Clerk  7010 2780 0003 3019 4084
to the Presiding    | 7010 2780 0003 3019 3819 |
Senior Judge        7010 2780 0003 3019 3013
                    7010 0290 0003 4298 5772
                    7010 0290 0003 4298 5758
                    7010 2780 0003 3019 2887
I am denied         7010 2780 0003 3019 3808
                    7010 2780 0003 3019 2948

① due process
② effective representation
   there are conflicts between me &
   David J Kaloyanides & Gregory Nicolaysen
③ to represent myself
④ I am in The Risk Group of succumbing of COVID-19.

Please, dismiss all charges against me at once.

imparting the government's (Walter's) abuse of Psychiatry, was mishandled & not delivered —just as my other legal mail was— with malice Aforethought.

"The Louche Doctresses' Stalker"

TRULINCS 26769509 - PANTCHEV, GUEORGUI HRISTOV - Unit: LOS-G-S

---

FROM: 26769509
TO: De La Croix, Nicole; Dub, D; S, S; Zero, Joel L
SUBJECT: VERMILION METAMORPHOSES [SUBVERSIVES']
DATE: 11/15/2021 02:32:34 PM

*in one fell swoop*

*Niccolò di Bernardo Machiavelli*

"He who knows what he will do if he wins loses, he who knows what he will lose wins"
"Even if they blaspheme me, they will still read my books." Nicollo Machiavelli

Our friends and associates told me that you are one of the attorneys who advised --- inter alia --- that I film and record all of my interactions with all of my VA and NON VA Doctors, witch was done with due diligence; all of them shall be released to Wicky Links, the International (Russian and European) Media, all of the VA Partners and potential Hirers of VA Residents and Licensees, all hospitals and clinks, et aliae... there are brashly kinky interactions as well :):):)

The latter shall not only transmogrify the LIES of my Accuseresses -- witch are VA MDs and Psy D/Ph Ds -- but shall also metamorphose their's and the milieux of MYRIAD other M.D.s and the Residents witch they train and license into MIASMA, witch shall spill dumb and their colleagues not only out of desirable places to live and work in but shall also overbrim into the careers and families of PLETHORA of other bystander M.D.s witch passively agreed with dumb by not confronting dumb for their UNETHICAL AND SINISTER actions... *Witch are floundering & Shall founder*

The supra shall neither leave bruises nor scars but MARS. I have thrown down the gauntlet. Someone needs to cast light upon those despicable abhorrent odious ignominious shabby ignoble disreputable unworthy SCURVY SHREWS:

[A] (3) Lorie Brodie Psy D/Ph D
[B] (5) Taleen Alexandria Khalif MD -- INCITER -- ALWAYS BEDRAGGLED in KMart Close-Out-Sale coveralls... insult to any pulchritude bestowed to any Doctress... gets the day shift thereby all can fantasize apropos her, Internalist witch was hired in the ER based on her looks NOT based on her credentials...
[C] (1) Michelle Ann Zeller Psy D/Ph D -- LAPD KILLER COP's Fishwife and a Forensic Court Evaluator
[D] (2) Sharon Gohari MD -- SATANIST deranged due to being raped by a Veteran --- NOT me --- redolent of returning from a Halloween Commercial Audition for an Anti Depressant Sleeping Pill in witch Witch Sharon competed for the Lead Witch Role & was coldshouldered by a much younger Stripper, thereby exacerbating Sharon's PERMANENT JAUNDICED PMS mood...
[E] (4) Sharon Jacob MD
[Doctor 1] Mark Barad MD/Ph D
[Student 1] April Thames Ph D -- my erstwhile neighbor & USC Faculty
[Witness 1] Roya Farm D
[Doctor 3] David Chooljian MD/JD -- in charge of manipulating of government rules, policies and the LOW, when his colleague M.D.s cripple or kill and dissect Veterans, thereby resulting Close-Casket funeral, he is in charge of covering up...

and the idiots supporting dumb -- such as John F Walter, Devon Anne Myers, Khaldoun Shobaki, Aaron Frumking et aliae -- that there shall be peremptory ramifications of their endeavor afoul of magnanimous me... witch shall flush down the toilet the careers and ruin the lives and families of Myriad bystander M.D.s, staff, and Patients... to wit, they are generating a tsunami that shall come back at dumb and suck dumb deep into the unknown...

I shall take all of my opponents heads over heels down with me... the government is throwing itself into a sheer twist in witch it would be forced to either enforce or not -- as it has been incessantly doing -- its Agreement with its LYING Witnesses, namely to prosecute dumb for all crimes known or to flagrantly violate its agreement thereby cover-up for its fuckups, thereby clarion what Janus Faced Justice System the U.S.'s is... I am concerned that I might end up using a "sledge hammer to kill a fly."

Whereas I shall be bruised and scarred by running through the gauntlet, my adversaries and all supporting dumb shall be dragged through the mire and PERMANENTLY MARRED, *& Maimed* until hell freezes over...

All of the Residents licensed by PM&RS, Psychology, Allergy, Pulmonary -- Loma Linda, et aliae, shall be tarnished because of their Venal Unscrupulous Deleterious Perfidious Attending Physicians...

I mean, really? Envisage whereof the Folks who demonized Hilary can and shall do with the supra delineated videos, witch are closer to them than to dumb:):):) Can you PLEASE help? I do NOT communicate with David J Kaloyanides and Gregory Nicolaysen, they MISREPRESENT me...
P.S. Please, text a copy of this email to my ADMIRERS & GIRLFRIENDS (818)808 9740 - Meghan Blanco, (310)968 6168 - Sara Azari, (310)940 9624 - Kristen Nicole Richards, Cori@FerrentinoLaw.com, Jose@JRoblesLaw.com,

TRULINCS 26769509 - PANTCHEV, GUEORGUI HRISTOV - Unit: LOS-G-S

---

SageDave@Earthlink.net, Marilyn E Bednarski...

M Blanco @ MeghanBlanco.com
Sara @ Azarilaw.com
Kate @ CWSDefense.com
Jessica @ WMGAttorneys.com
Parri @ ParriDerbyLaw.com
Karren.Kenney @ gmail.com

* Karen L Goldstein     (213) 458 3554
* Belissa Weinberger   (213) 867 6550
* Denis Richard McDonough - Secretary of the VA's Worthless Pieces of Shit are precipitating Scarlet Embarassment for the U.S. on the International Arena with Joe Biden - President of the U.S. & Anthony J Blinken - Secretary of State shall end a up cleaning up for the VA hires Dead Rats witch license Ordo Ordure witch witch the U.S. government supports.
* When the shit hits the fan, guethen cwethau hot gwoth I hot...

TRULINCS 26769509 - PANTCHEV, GUEORGUI HRISTOV - Unit: LOS-G-S

---

FROM: 26769509
TO:
SUBJECT: EFFLUVIA - The Shit List -Attn Human Resource Dept
DATE: 02/09/2022 01:17:58 PM

*We are at daggers drawn*

THE EXECRABLE DREGS OF HUMANITY & Their Residents & Licensees Are Heading Your Way & Shall BESMIRCH You

John F Walter - judge & the U.S. Attorney abuse Psychiatry to (1) discredit me & (2) give the CORRUPT government more time to UNCONSTITUTIONALLY convict me thereby cover-up for the VA's Termagants & shall instigate the release of Four Plus Years of videos shot at the VA thereby BITCH-SLAP the U.S. on The International Arena

QUINTESSENCE of (1) men making decisions with their dicks & (2) admissions & licensing based on gender not based on credentials... The Cunts responsible for your seeing Homeless Veterans in the streets, such as San Vincente Blvd, Brentwood... The Whores witch shall ruin MYRIAD M.D.s lives & their families...

[A] (3) Lorie Brodie Psy D/Ph D -- Loma Linda VA & Loma Linda University Faculty -- The Blow Job Queen of UCSB -- responsible for the UNACCREDITATION of the Psychology Program Loma Linda VA

[B] (5) Taleen Alexandria Khalaf MD -- Loma Linda VA & Loma Linda University Faculty -- INCITER -- Taleen is always bedraggled in Shoddy KMart Close-Out-Sale Coveralls witch is insult to any Feminine Beauty & Grace bestowed to any Doctress -- Internalist hired in the ER based on her looks not based on her credentials

[C] (1) Michelle Anne Zeller Psy D/Ph D -- West LA VA & Pepperdine University Faculty -- LAPD KILLER COP's FISHWIFE & Forensic Court Evaluator

[D] (2) Sharon Gohari MD - SATANIST - West LA VA - UCLA Faculty - DERANGED due to being raped by a Veteran (not me) Sharon is evocative of a Halloween Commercial for an AntiDepressant Sleeping Pill in which Witch Sharon competed for the Lead Witch Role, in which Witch Sharon was cold-shouldered by a much younger Stripper, thereby exacerbating Sharon's permanent PMS Jaundiced Bitchy Venomous Mood. Sharon is like Dead Fish in bed. Karima PM&RS Therapist snitched on me

[E] (4) Sharon Jacob MD -- Loma Linda VA & Loma Linda University Faculty

[Doctor #1] Mark Barad MD/Ph D -- supervised by Andrew Shaner MD -- both UCLA Faculty -- West LA VA -- abetted a Doctress -- with whom I had a Torrid Affair -- cheat on GMAT to further enrich herself

[Student #1] April Thames Psy D/Ph D -- my erstwhile neighbor -- LIED to her supervisors Steven Castellon Psy D/Ph D et alia a Veteran exposed himself to her to skate from work -- USC Faculty (will be out of there)

[Witness #1] Roya Pharm D -- West LA VA -- Fishwife has a hoarse voice & is very displeasing to be around. RESENTFOOL for her colleagues were flirting with me

[Doctor # 2] Shawna Langley MD -- Loma Linda VA & Loma Linda University Faculty

[Doctor # 3] worked at West LA & Loma Linda VA(s) -- is she touching on my interlude tryst rendez-vous with a Fetching Doctress in the 5-Point-Restrain-Room or is she touching on something else? I am flummoxed mystified at sea...

nota bene: I was NOT in the 5-Point-Restrain...
... hurry up, before somebody comes...
... now, tie me up...
... don't forget my head...
... tighter... you Son Of a Bitch... just as you used to tie up the Prisoners in Afghanistan & Iraq...
... now, fuck me!!!

or is [Doctor #3] David Chooljian MD/JD -- Deputy Chief of Pulmonary & Ethics Committee ChairDreg [Paul Schneider MD @ West LA VA]??? VA Loma Linda & Loma Linda University Faculty poisoning the minds of the future M.D.s... in charge of manipulating government rules and policies thereby covering-up for his M.D. colleagues when they cripple or kill or dissect Veterans thereby resulting Close-Casket-Funerals... Pass this to all of your M.D.s... feel free to publish it... when you pray for the rain you have to deal with the mud:):):) There shall be LOTS of Lucrative Vacancies:):):)

TRULINCS 26769509 - PANTCHEV, GUEORGUI HRISTOV - Unit: LOS-G-S

---

FROM: 26769509
TO: De La Croix, Nicole
SUBJECT: DIVERSION
DATE: 02/09/2022 01:15:24 PM

NEWEST JOKES at West Los Angeles VA

(1) Why does Dr Gohari [allowed to carry a gun] carry a stethoscope?
*** So, when she shoots Mr Pantchev, to personally verify he has NO heartbeat...

(2) Doctresses are disallowed to treat Mr Pantchev... does this include FEMALE Pathologists??? Do Female Pathologists need be chaperoned with Mr Pantchev?

(3) Mr Pantchev, Dr Gohari would like to have you as her Patient/Boyfriend...
*** NO THANKS... DEATH & PRISON TERM ARE MORE APPEALING THAN Sharon is...

In real life, quoth Sharon [to me]:
"I'll shoot you in the scrotum, if you can keep it up, I'll let you fuck me..." the VAPD was a stone-throw away:):):)

FUN FACTS:

the government has anachronistically banned Women:

(1) the Veterans Affairs:  Doctresses to meliorate me...

(2) the Justice Dept:      Female J.D.s to defend me...

whereas allows Prosecutresses [Feminine for Prosecutor] to prosecute me & Female judges to condemn me, viz. if Women can mete punishment on me, the government allows them, whereas if Women can meliorate me, the government disallows them...

Doctresses & Female J.D.s, will you put-up with this shit???

If you do, you might as well put aprons on & get back in the kitchen:):):)

(1) quoth I not: you should have me as your Patient, though I would not object...

(2) quoth I not: you should fuck me, though I would not resist...

(3) BUT QUOTH I: the government should AT LEAST present my case to you, & let you decide ON YOUR OWN whether you want to have me as your Patient to ameliorate or Client to defend or FUCK me if you so desire...

Last & Foremost, IT IS YOUR RIGHT TO FUCK YOUR PATIENT as men have been inveterately fucking Women over for MILLENNIA & getting away doing so...

Dennis Troy

this OLD FAT RANCID PUTREFIED VA Investigator -- Dennis Troy -- redolent of corps witch rolled off the embalming table SANS maquillage -- has been threatening all Female M.D.s -- on & off VA campus -- on behalf of the Chief of Staff & the Director that "I threatened to rape them," thereby COERCE them to:

(1) testify against me

(2) petition the Chief of Staff that I be banned from West LA VA

Dennis Troy is past his funeral time & is disgrace to the Marine Corps & STOLE my Mail to VA staff...

The VAPD has been threatening Doctresses that if the Doctresses don't help DUMB to imprison me, when the Doctresses get stuck with "Wacko" Veterans, the Police would be picking up donuts & coffee on their way to help the Doctresses...

TRULINCS 26769509 - PANTCHEV, GUEORGUI HRISTOV - Unit: LOS-G-S

---

FROM: 26769509
TO:
SUBJECT: Skullduggery
DATE: 02/09/2022 01:02:58 PM

to: Loma Linda University & your VA Partners & Buddies WANT YOU TO KNOW YOU GOT ALL ENCLOSED & READ IT

West Los Angeles & Sepulveda & Long Beach VA(s) are neck deep in this shit witch is going to spill in your world... The Dregs of Humanity Below & Their Residents & Licensees Are Heading Your Way & Shall Fuck Your Business & Reputation

"He who knows what he will do if he wins loses. He who knows what he will lose wins."
" He who remains neutral is hated by the one who loses and despised by the one who wins" Niccolo di Bernardo Machiavelli
re: USPS Tracking 7010 2780 0003 3019 3778 (already received by LLU)

(i) Devone Anne Myers & (ii) Khaldoun Shobaki & (iii) Aaron Frumkin, all THREE WORTHLESS PIECES OF SHIT -- Assistant U.S. Attorneys -- stated multiple times in court ON & OFF the record that:

(1) David Chooljian MD/JD -- Deputy Chief of Pulmonary & Ethics Committee ChairDREG, viz. the Worthless Janus Faced Dreg of Humanity in charge of Loma Linda VA & University Pulmonary & Ethics Training of Seventh Day Adventists & VA Residents, witch's job is to manipulate government rules & policies to ratify VA Doctors' Malfeasance & Dereliction of Duty & fool Veterans' families wherefore VA Doctors cripple & kill Veterans, & "as bonus" dissect the Veterans' corpses on autopsy tables in the name of science & for the training of your Residents & the enrichment of Venal Doctors, thereby resulting Close-Casket Funerals... *** Paul Schneider M.D. is The ChairDREG of the Ethics Committee in West LA VA... A FAT FUCK ***

(2) Sharon Jacob MD - Dermatology Chief in Charge of VA & LLU Dermatology Residency Program - Spurned Treating me
(3) Shawna Langley MD - Dermatology Loma Linda - Spurned Treating me
(4) Jeannine Luke MD - Dermatology - DENIED treating me

(5) Lorie Brodie Psy D/Ph D - Disruptive Behavioral Committee ChairCUNT -- The Blow Job Queen of UC Santa Barbara -- Responsible for the UNACCREDITATION of the Psychology Licensing Program Loma Linda...

(6) Taleen Alexandria Khalaf MD -- ER Loma Linda -- Internalist hired in the ER based on her looks not based on her credentials & gets the dayshift for Taleen is considered "the prettiest" Doctress,' though she is Mischievous & Vindictive & wears Tawdry KMart Close-Out-Sale outfits, hence, disgracing & insulting any Feminine Pulchritude bestowed to Doctresses, truly on par with Sharon Gohari MD Witch is evocative of being arrayed for The Lead Witch Role of a Halloween Commercial Audition for an Anti Depressant Sleeping Pill, in which Witch Sharon was cold-shouldered by a much younger Stripper, whereby Sharon is -- as she always is -- in a Jaundiced PMS Mood... both Taleen & Sharon are vengeFOOL with Spiteful Malignant Nature, desirous to cause harm to Veterans & to their Colleagues while frittering Taxpayers Money away. Taleen is harboring grudges for I complained to The White House VA Hotline in re her snubbing treating me on Halloween 2019.

Sharon Gohari is not only a Satanist worthless MD but is also Like Dead Fish In Bed... I & Sharon COPULATED...

(7) Derya Taggie MD -- Deputy Chief General Surgery
(8) Jorge Rivera MD -- Chief General Surgery
Both Derya & Jorge are resentFOOL Valentina Bonev MD --- then their Resident --- currently Faculty Instructor General Surgery in Feinburg Medical School --- NorthWestern University --- the same Sharon Gohari graduated from --- what a SERENDIPITY --- flirted with me & went out with me multiple times, Valentina & I had a Torrid Surreptitious Relationship, q.v. missive.

(9) James Nichols III M.D. -- ER Loma Linda -- denied treating my Bronchitis & prescribed me the wrong medications With Malice Aforethought, thereby hurt me for he perceived me as someone who "stalks" Doctresses.

(10) Ryan M.D. -- ER Loma Linda -- Admirer of Taleen -- spurned treating me to mete out Vengeance on Taleen's behalf.

(11) PLUS many more LLU Doctors, such as the one working in The Center Of Disease, who is in charge of Life Changing, such as Weight Loss, I believe her name is Sarah -- colleague of Darnell M.D. -- per Devon, Aaron, & Khaldoun (vide ante)

all ELEVEN -- witch are VA Loma Linda & LLU Faculty -- stated & would testify in court & during my trial, thereby support the VA's FALSE Allegations afoul of me -- per the supra three U.S. Attorneys -- that "all of the LLU Doctresses -- & ALL Female M.D.s in general -- were & are afraid of me, & that all of them complained to Lorie Brodie Psy D/Ph D, David Chooljian MD/JD

TRULINCS 26769509 - PANTCHEV, GUEORGUI HRISTOV - Unit: LOS-G-S

----------

(vide ante) & Jose Acosta MD/MBA -- Chief of Staff VA Loma Linda, that I be banned from going to LLU & ever seeing any Female MD(s).

Be advised: all of my interactions with all of my VA & LLU Doctors & staff -- et aliae M.D.s -- are ON VIDEO WITH AUDIO & shall be sent to (1) Wicky Leaks, (2) ALL of YOURS & the VA's Partners & Potential Hirers of YOUR & The VA's Residents & Licensees & Prospective Students & Potential Applicants... (3) All of the International --- Russian & European --- & Domestic Media, (4) All of your Donors & Sponsors..., (5) All of the Malpractice Firms & Attorneys, (6) Shall I continue???

The VA has guaranteed budget by the government - witch loves to FUCK its Veterans - thereby the VA has guaranteed supply of Veteran Patients to abuse, cripple, imprisons, use them as Guinea Pigs, even kill, "unfortunately" you don't have such luxury:)

The videos show --- inter alia --- how LLU's Pulmonary Clinic denied treating my deteriorating bronchitis & even dared asking me "not to ever come back to LLU Pulmonary or anywhere LLU Pulmonary Doctors work..." PLUS A LOT MORE of M.D.s & Staff's & Patients' Privacy... including a conversation with LLU Medical Students who stated "they are in Loma Linda Medical School because no one else would admit them..."

The lies of the supra stated Doctors with and sans M.D.s, particularly of Lorie Brodie, Sharon Jacob, David Chooljian, Taleen Alexandria Khalaf, Sharon Gohari (vide ante) SHAN'T do any good but DETRIMENT ONLY, namely shall cripple the careers, besmirch the reputation & ruin the families of Myriad M.D.s.

You got --- or you shall certainly do --- some serious "House Cleaning" to do... Steer Clear of the supra delineated & attached Execrable Dregs of Humanity (q.v. attached) & anyone WITCH supports DUMB:):):)

I mean really?? Envisage, whereof the same folks who demonized Hilary can & SHALL do with the supra FOUR PLUS years of videos with audio --- which are closer to them than to dumb:):):) --- you & anyone associated with the delineated Effluvia becomes part of the VA's shit --- do you really want to get in the midst of such FRENZY & possible Cyber Attack & contribute to it??? Those Venal M.D.s, deleterious Psy. D./Ph. D.s, & Treacherous J.D.s are LIABILITY for you... it's nothing personal, just business, you either take care of business or business takes care of you, money talks bullshit walks:):):) Not to mention, the supra delineated Execrable Dregs of Humanity are antipode to whereof True Ethical Doctors should be, let alone Seventh Day Adventists Christian Morality & Values...

I neither wanted to go to Loma Linda VA nor LLU, the VA forced me to choose between LLU & Loma Linda VA or not to get any healthcare anywhere.

UCLA Dermatology, & all UCLA Specialty Clinics, would have gladly taken me as their Patient, UCLA Dermatology even contacted LLU Dermatology to transfer my unused counsel to it, LLU instead contacted the VA to ax my counsel & on top terminated all of my appointments & snubbed seeing me any further in any of its clinics...

You are really flying in the Face of The Ace... worse than Saul's begging of the Witch of En Dor to call Samuel to pronounce judgment on him... LLU denied treating (vide ante), now, LLU wants to abet the VA to imprisoned me & is hiding behind the VA; that shall be exposed on unprecedented scale "outclassing" any prior religious clergy scandals & abuse...

I am from & live in Brentwood Area of Los Angeles, & this is where I shall stay, I neither intend nor want to come back to Loma Linda, nor anywhere but Brentwood, & your Doctors are coming after me to provoke me, after I peacefully left for your Doctors liked me not???

Steer clear of The Execrable Dregs of Humanity (vide ante) & q.v. missive previously received.

"What so ever thy hand findeth to do, do it with thy might; for there is no work, nor device, nor wisdom in the grave wither thou goest" [Ecclesiastes 9:10]

Whereas Pyrrhic Victory is defined as a Victory that inflicts such a devastating toll that is tantamount to defeat, M.D.s' & Psy. D./Ph. D.s & J.D.s Victory is given the meaning of a Victory that metes out such Calamitous Toll that is worse than being vanquished.

""""THE LOUCHE DOCTRESSES' STALKER""""

P.S. Brent Duper DDS is Worthless Piece of Shit Witch denies treating Veterans

TRULINCS 26769509 - PANTCHEV, GUEORGUI HRISTOV - Unit: LOS-G-S

---

FROM: 26769509
TO:
SUBJECT: Implacable Sparrows
DATE: 12/07/2021 05:21:54 PM

re: Case: 21-50-JFW
    The VA vs. Pantchev        VERGINIBUS PUERISQUE

"Favorable cases are often wasted by sluggishness, and forces are wasted by haste."  Niccolo di Bernardo Machiavelli

"He who remains neutral is hated by the one who loses and despised by the one who wins."  Niccolo di Bernardo Machiavelli

Would you like to represent me?  May I meet with you, PLEASE?

I have a very interesting and VERY PROVOCATIVE case.

It is SUPER easy to win it and have it as a feather in your bonnet, if you know whereof you are doing, though, it is even easier to loose it, if you know NOT whereof you are doing...

All of the Alleged Victims are Shoddy Hum-Drum-Run-of-The Mill Doctresses -- employed by the VA -- with and sans M.D.s viz. M.D.s and Psy. D./Ph. D.s, one of witch is a Forensic Court Evaluator and a LAPD Killer Cop's Fishwife.

I have all of my interactions, with all of my Doctors, for the past four plus years, on video with audio -- out of the deadly grip of the justice system -- witch if when released shall not only PERMANENTLY discredit my Hateresses but shall also tarnish the reputation and ruin the families of MYRIAD M.D.s plus a lot more:):):)

I have irreconcilable differences and conflicts with both of my court appointed attorneys, namely Gregory Nikolyasen and David Jean Kaloyanides.

John F Walter -- the presiding judge -- is eager that I find a CJA attorneys with whom I would get alone and who would represent me, the court would pay you to represent me.

Walter also made multiple derisory comments, and also egregiously manipulated the LOW, that Female J.D.s are "inept to properly represent me," over and above, the Misogynist Walter is gender discriminating afoul of Women Attorneys by not even giving them the opportunity to decide for themselves whether they would choose to represent me.

The government is trying to portray me as someone of whom all Women M.D.s and J.D.s are afeared and want nothing to do with him, witch is far fetched will-o'-the-wisp... MOST OF MY HEALTHCARE PROVIDERS ARE WOMEN... AND I HAD BETTER OUTCOMES WITH FEMALE J.D.s...

All you need to do is tell me whether you WOULD LIKE TO REPRESENT ME, and I shall make Walter assign you to my case.

I am FULLY AWARE what is going on with my case, scilicet Walter manipulated the LOW in re my competency -- by "raising more competency doubts" CONTRARY to Saul Jules Faerstein M.D.'s CORRECT decision I AM COMPETENT -- thereby stalling the proceedings, thereby giving the government more time to gather more evidence and witnesses to UNFAIRLY and UNCONSTITUTIONALLY convict me...

One way or the other, Nikolaysen and Kaloyanides -- my two court appointed Shysters -- shall either recuse dumdregs (themselves) or be removed by Walter -- I do NOT exchange any communication whatsoever with dumb -- and I shall take all of my opponents heads over hills down with me:):):)

GENDER DISCRIMINATION:

There are ONLY 11 Female J.D.s out of 70 J.D.s in the CJA Duty Schedule Western Division, id est ONLY 15% of the J.D.s are Female;  6 out of 14 in the Southern id est 42%;  0 out of 6 in the Eastern;  TOTAL 18% ONLY are FEMALE J.D.s out of 90 total J.D.s.

Misogynist Walter DID NOT EVEN bother asking any Member of The Fair J.D. weather she wants to cash out the government check to represent me -- and decided on behalf of ALL WOMEN J.D.s they "don't" want my case -- and assigned two male

TRULINCS 26769509 - PANTCHEV, GUEORGUI HRISTOV - Unit: LOS-G-S

---

J.D.s to represent me CONTRARY to my request to assign a Female J.D. to represent me, over and above, Walter derisively stated that Women are not cut to handle me and my case.

Fun Fact:
Most of my Healthcare Providers are Women; the number or Doctresses carping in re me is LESS THAN ONE percent viz. Statistically Insignificant. All of the Doctresses complaining in re me are Inferior and banned from the Private Sector.

THANKS.

Should you decide to write me, please, write:

LEGAL MAIL
OPEN IN FRONT OF PRISONER

"The Louche Doctresses' Stalker"

P.S. Your representing me can certainly minimize Collateral Damage...

P.S. Would you PLEASE contact MSNBC, 30 Rockefeller Plaza, New York and inform it to pickup its package
   USPS tracking: 7010 2780 0003 3019 4515
   The Caitiffs screw with my mail
   THANKS!!!

The Downtrodden Distaff Side of J.D.s & B.A.s — all of them — gave utterance to the Misogynistic Maltensants should have the common curtesy to give them a reacharound prior fucking them, to wit should give them the opportunity to decide whether they want to defend me, meliorate me, or fuck me, & it not the government might as well anachronistically order them to put aprons on & get back in the kitchen & keep on abusing Women as they have been doing so for millennia...

* they all much rather fuck me then be fucked by John F Walter or Khaldoun Shobaki or Aaron Frumkin

Devone Anne Myers is wavering in re how to fuck me Legally or Vaginally ? Both ? peradventure

TRULINCS 26769509 - PANTCHEV, GUEORGUI HRISTOV - Unit: LOS-G-S

---

FROM: 26769509
TO: Warden
SUBJECT: ***Request to Staff*** PANTCHEV, GUEORGUI, Reg# 26769509, LOS-G-S
DATE: 11/23/2021 10:09:25 AM

To: W Jenkins [MAIL FRAUD]
Inmate Work Assignment: none

The government mishandleds, purloins, and hands my LEGAL MAIL to its Forensic Psychiatrists and Psychologists WITH MALICE AFORETHOUGHT, thereby cover-up for its -- the VA and the US Attorney and the FBI's -- MALFEASANCE... fathom, you are permeating a situation witch shall be dumped on Anthony J Blinken to clean it up, namely four plus years of videos with audios shot at the VAs shall be released in places in witch the US is INEPT to exert itself..

The following Legal Mail either could not be tracked or was not delivered:

7010 2780 0003 3019 4102
Sunday 11-17-2021
Fox News Los Angles

7010 2780 0003 3019 4096
Sunday 11-21-2021
Newsweek

7010 2780 0003 3019 4072
W 11-17-2021
NBC 4 - Los Angeles
COULD NOT BE TRACKED FOR FOUR DAYS

7010 2780 0003 3019 4515
9-23-21
MSNBC -- 30 Rockefeler Plaza, New York
WAS RETURNED TO ME [THE PARENT COMPANY OF SUPRA] WITCH IS TANTAMAUNT TO A DRUGADDICT REFUSING ONE KILLO OF 100% COLUMBIAN COCAIN FOR FREE :):)

7010 2780 0003 3019 3778
9-12-21
LLU
[informing it of how the VA and the US attorney are going to pluck it, c.f. " The History of the Middle Finger" "We can still pluck yew"]

7010 2780 0003 3019 3815
8-26-21
Office of the Clerk
[to the Presiding Senior Judge -- Gutieres or witchever she/he is -- imparting the governments abuse of Psychiatry and Psychology to cover-up for its MALFEASANCE AND DERILICTION OF DUTY by saddling the BOP's Psychologists (V 4) -- WITCH ARE INFERIOR to the Court Appointed Psychiatrist (V 12) -- to refute the Reputable PSychiatrist -- Saul Juels Faerstein MD's CORRECT DESSISION I AM COMPETENT TO STAND TRIAL, who also made it crystal clear that sending me to Psychiatric Hospital for any evaluation or foisting the BOP's hum-drum-run-of-the-mill SHODDY Psychologists to do an evaluation SHALL BE COUNTERPRODUCTIVE AND WASTE OF TIME AND MONEY; by abusing Psychiatry, Walter -- the judge UNFAIRLY AND BIASLY GIVES THE CORRUPT government more time to UNCONSTITUTIONALLY convict me, thereby cover-up for the BOP's VA colleagues, witch are Alleged Victims, one of witch -- Michelle Ann Zeller Psy D/Ph D is also a Forensic Court Evaluator and is also a LAPD KILLER COP's FISHWIFE, the other -- Sharon Gohari MD is a SATANIST witch is deranged due to being raped by a Veteran (NOT me) witch is afrade to admit being raped for her Medical License shall be PERMENANTLY REVOKED, another Tallen Alexandria Khalaf MD -- an Internalist hired in the ER based on her VARNISHED looks NOT credentials, for the same reason gets the Day Shift, witch held me for FOUR hours as her hostage in the ER, then lied to Caitlin Bowdler SA FBI "I stalked her"...]

7010 2780 0003 3019 2979
8-18-21

TRULINCS 26769509 - PANTCHEV, GUEORGUI HRISTOV - Unit: LOS-G-S

---

GMAC
[inparting one of the FBI's witnesses and his supervisor which was in the VA executive leadership -- both VA doctors -- abetting their colleage doctors cheat on standarized tests]

7010 2780 0003 3019 2993
7-13-21
HACLA
[informing it of my and my Parents endagerment c becoming homeless was mishandled, thereby the goverment can harass not only me but also my parents inthe name of its VEN AL PERFIDIOUS VA DOCTORS] on top of threatening my parents, the FBI is worse than the KGB.